*E-Filed 4/1/10*

Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LANCE GITTIN, on behalf of himself and all other similarly situated,<br>　　　　Plaintiff,<br><br>　　v.<br><br>KCI, USA, Inc.<br><br>　　　　Defendant. | CIV. NO. **09-cv-05843-RS**<br><br>**STIPULATION TO ADR**<br>**and REQUEST TO CONTINUE**<br>**CMC and [Proposed] ORDER** |

　　The parties hereby consent to mediate this matter through Northern District of California Alternative Dispute Resolution Unit.

　　The parties respectfully request the Court continue the April 8, 2010 Case Management Conference approximately 90-days to provide the parties an opportunity to attempt to resolve the matter. The parties will conduct discovery in accordance with the F.R.C.P., and will serve initial disclosures by April 8, 2010.

Dated: 4/1/10　　　　　　　　　　　　　　/s/Ronald Wilcox
　　　　　　　　　　　　　　　　　　　　Ronald Wilcox, Counsel for Plaintiff

Dated: 4/1/10　　　　　　　　　　　　　　/s/Walter J. R. Traver
　　　　　　　　　　　　　　　　　　　　Walter J.R. Traver, Counsel for Defendants

- 1 -

~~[Proposed]~~ **ORDER**

The stipulation of the parties is hereby adopted. The parties shall mediate this matter within 90-days, and the Case Management Conference of April 8, 2010, is continued to

July 8th, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Date: 4/01/2010

*/s/ Richard Seeborg*

Richard Seeborg
U.S. DISTRICT COURT JUDGE