*E-Filed 6/30/10*

Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax:  (408) 296-0486
Email:  ronaldwilcox@post.harvard.edu

Attorney For Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LANCE GITTIN, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>      v.<br><br>KCI USA, INC.,<br><br>           Defendant. | Case No. 5:09-cv-05843-RS<br><br>Assigned to the Hon. Richard Seeborg, Courtroom 3<br><br>**JOINT REQUEST TO CONTINUE JULY 9, ~~JULY 8~~, 2010 CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER** |

The parties are scheduled to attend mediation on August 12, 2010.

The parties respectfully request the Court continue the July ~~8,~~ 9, 2010 Case Management Conference approximately 60-days to provide the parties an opportunity to attempt to resolve the matter.

Dated:  June 29, 2010                        */s/  Ronald Wilcox*
                                                         Ronald Wilcox, Counsel for Plaintiff


Dated:  June 30, 2010                        MUSICK, PEELER & GARRETT LLP


                                                         */s/  Donald E. Bradley*
                                                         Donald E. Bradley, Attorneys for Defendant

---

1                                                                                                          5:09-cv-05843-RS
JOINT REQUEST TO CONTINUE JULY 8, 2010 CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER

1

3     **[Proposed] ORDER**

The stipulation of the parties is hereby adopted. The July 8, 2010 Case Management (9 written above 8)

4  Conference is continued to __September 9, 2010 at 10:00 a.m.

5

**IT IS SO ORDERED.**

6

7

8  Date: 6/30/10 _____         _____
                                            HON. RICHARD SEEBORG
9                                           U.S. DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28