*E-Filed 9/1/10*

Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LANCE GITTIN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KCI USA, INC., <br><br> Defendant. | Civil Action No. 09-05843 RS <br><br> JOINT REQUEST TO CONTINUE SEPTEMBER 9, 2010 CASE MANAGEMENT CONFERENCE and [~~Proposed~~] ORDER |

The parties attended mediation on August 12, 2010.  A continued mediation is set for September 24, 2010.

The parties respectfully request the Court continue the September 9, 2010 Case Management Conference approximately 45-days to provide the parties an opportunity to attempt to resolve the matter.

Dated: September 1, 2010           /s/Ronald Wilcox
                                   Ronald Wilcox, Counsel for Plaintiff

Dated: September 1, 2010           /s/Donald E. Bradley
                                   Don Bradley, Counsel for Defendant

- 1 -

<b>[Proposed] ORDER</b>

The stipulation of the parties is hereby adopted. The September 9, 2010 Case Management Conference is continued to  December 2, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Date:  9/1/10

*/s/ Richard Seeborg*

HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE