Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax:  (408) 296-0486
Email:  ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| LANCE GITTIN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>KCI USA, INC.,<br><br>    Defendant. | Civil Action No. 09-05843 RS<br><br>REQUEST TO CONTINUE DECEMBER 2, 2010 CASE MANAGEMENT CONFERENCE and [Proposed] ORDER |

The parties attended mediation on August 12, 2010.  A continued mediation was conducted on September 24, 2010.

The parties have exchanged settlement documents and are working on a joint motion for preliminary approval of a class certification and approval of a class action settlement.  Thus, Plaintiff respectfully request the Court continue the December 2, 2010 Case Management Conference approximately three-weeks.

Dated: December 2, 2010               /s/Ronald Wilcox_____
                                      Ronald Wilcox, Counsel for Plaintiff

- 1 -

# [Proposed] ORDER

The stipulation of the parties is hereby adopted.  The December 2, 2010 Case Management Conference is continued to  January 13, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Date: 11/29/10

_____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE