1  Ronald Wilcox, Esq., 176601
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel:  (408) 296-0400
   Fax:  (408) 296-0486
4  Email:  ronaldwilcox@post.harvard.edu

5  **ATTORNEY FOR PLAINTIFF**

6
                    **UNITED STATES DISTRICT COURT**
7                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN JOSE DIVISION**
8

9  LANCE GITTIN, on behalf of                )
   himself and all others similarly situated, )
10                                            ) Civil Action No. 09-05843 RS
                                              )
11         Plaintiff,                         ) **REQUEST TO CONTINUE MARCH 3,**
                                              ) **2011 HEARING DATE TO MARCH 17,**
12                                            ) **and REQUEST TO APPEAR BY PHONE**
                                              )
13         v.                                 ) Date: March 3, 2011
                                              ) U.S. District Court
14 KCI USA, INC.,                             ) 450 Golden Gate
                                              ) San Francisco, CA
15                                            )
           Defendant.                         )
16 _____  )

17      The Court reset the motion hearing, noticed for March 2, 2011, to March 17, 2011.  The parties

18 have met and conferred, and due to a calendar conflict, respectfully request the Court continue the

19 matter to March 17, 2011.

20      Additionally, Plaintiff respectfully requests co-counsel Rand Bragg be allowed to appear at the

21 motion hearing via telephone from his office in Chicago, IL. (Tel: 312-372-8822).

22

23 Dated: February 24, 2011                    /s/Ronald Wilcox_____
                                               Ronald Wilcox, Counsel for Plaintiff
24

25

26

27

28

- 1 -

**[Proposed] ORDER**

The March 3, 2011 motion hearing is hereby continued to March 17, 2011 at 11:30 a.m.

All parties are to appear by telephone and are to make arrangements with Courtcall at Tel: (866) 582-6878.

**IT IS SO ORDERED.**

Date: 2/24/11

_____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE