Ronald Wilcox, State Bar No. 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

O. Randolph Bragg, *pro hac vice*
Horwitz, Horwitz & Associates
25 E Washington St., Ste 900
Chicago, IL 60602
Telephone (312)372-8822
Fax (312)372-1673

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **LANCE GITTIN,** *on behalf of herself and all others similarly situated,*<br><br>**Plaintiff,**<br><br>v.<br><br>KCI USA, Inc.,<br><br>**Defendant.** | C.A. No. C09-5843 RS<br><br>CLASS ACTION<br><br>Hon. Richard Seeborg<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT FINAL APPROVAL HEARING**<br><br>Date: July 21, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 3 |

Plaintiff respectfully requests to be permitted to appear at the hearing via telephone from counsel's office in Chicago, IL. (O. Rand Bragg. Esq., Tel# (312)372-8822).

DATED: July 14, 2011          By:     /s/ Ronald Wilcox
                                      Ronald Wilcox, Attorney for Plaintiff

**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT FINAL APPROVAL HEARING AND [PROPOSED] ORDER**

1

**[PROPOSED] ORDER**

Plaintiff's Request for Telephonic Appearance at the July 21, 2011 Final Approval hearing is hereby ~~GRANTED~~. DENIED.

**IT IS SO ORDERED**.

Dated: 7/15/11

_____
HON. RICHARD SEEBORG
U.S. DISTRICT JUDGE

**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT FINAL APPROVAL HEARING AND [~~PROPOSED~~] ORDER**

2